FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 1 1 2002

at __ o'clock and __ min. __ M
WALTER A. Y. H. CHINN, CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Magistrate's docket No. |
| | ) | |
| VS | ) | 02 - 0548 KSC |
| | ) | |
| WILLIAM THOMAS LOUIS | ) | |
| AKA: WILLIAM THEODORE LEWIS | ) | |

Before the Honorable Kevin S. Chang, United States Magistrate, District of Hawaii, at Honolulu, Hawaii.

The undersigned deponent being first duly sworn, deposes and says:

That he is a Deputy with the United States Marshals Service and based on a copy of the warrant (attachment A), and copies of the indictment (attachment B) which he received on April 29, 2002, he believes probable cause exist for the arrest and temporary commitment of the above named defendant William Thomas Lewis.

_____
Deputy United States Marshal

Sworn to before me and subscribed to me in my presence this 11th day of July, 2002.

_____
United States Magistrate

# UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA

V.

WILLIAM THOMAS LOUIS

To: The United States Marshal
or any Authorized United States Officer

RECEIVED
UNITED STATES MARSHAL
02 MAR 14  PM 1:10
PORTLAND, OREGON

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

## WARRANT FOR ARREST

JUL 1 1 2002

Case Number: CR. 02-95-RE

at 1 o'clock and 35 min. A.M
WALTER A. Y. H. CHINN, CLERK

YOU ARE HEREBY COMMANDED to arrest **William Thomas Louis, aka, William Theodore Lewis**

and bring him or her forthwith to the nearest magistrate to answer a(n)

**xx** Indictment __ Information __ Order of Court __ Violation Notice __ Probation Violation Petition

charging him or her with: Unlawful Possession of Firearm

in violation of Title **18** United States Code, Section(s) **922(g)(1); 26:5861(d)**

Donald M. Cinnamond
Name of Issuing Officer

[signature]
Signature of Issuing Officer
P. Scheneman, Deputy Clerk

Clerk, US District Court
Title of Issuing Officer

March 14, 2002, Portland, Oregon
Date and Location

Bail fixed at $ **detention requested**

by US Magistrate Judge, Dennis J. Hubel
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA )
                                  ) No. CR 02-
            v.                         )
                                  ) INDICTMENT
WILLIAM THOMAS LOUIS )
AKA, WILLIAM THEODORE LEWIS )
                                  ) [18 U.S.C. § 922(g)(1); 26 U.S.C.§
           DEFENDANT.        ) 5861(d)]

## THE GRAND JURY CHARGES:

### Count I

On or about JANUARY 12, 2002 in the District of Oregon, WILLIAM THOMAS LOUIS, AKA, WILLIAM THEODORE LEWIS, defendant herein, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

1. On or about March 25, 1983, in Multnomah County Circuit Court, Burglary I, case number C-82-12-39130;

2. On or about December 13, 1983, in Multnomah County Circuit Court, Escape II, case number C-83-08-33919;

3. On or about April 3, 1992, in the Circuit Court of the First Circuit, Hawaii, Robbery I, case number CR-91-0333;

did knowingly and unlawfully possess the following firearm:

(1) A 12 Gauge New England Firearms shotgun, (no serial number detected);

which had previously been transported in interstate commerce; all in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT II

On or about January 12, 2002 in the District of Oregon, the defendant, WILLIAM THOMAS LOUIS, AKA, WILLIAM THEODORE LEWIS, knowingly possessed a 12 Gauge New England Firearms shotgun, (with no serial number detected on the firearm); which had a barrel length of 12 1/4 inches and an overall length of 18 ½ inches, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

DATED this 13 day of MARCH, 2002.

A TRUE BILL.

/s/

Presented by:

MICHAEL W. MOSMAN
United States Attorney

FREDRIC N. WEINHOUSE, OSB # 77386
Assistant United States Attorney

INDICTMENT-PAGE 2